IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VICTOR A. HULT,<br><br>             Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>             Defendant. | CV 24–71–M–DWM<br><br>ORDER |

     Plaintiff Victor A. Hult filed this action on May 17, 2024, alleging that Defendant Bureau of Land Management removed a river crossing on Skimmerhorn Road in Missoula County in May 2022, cutting off his property access. (Doc. 1.) On September 23, 2024, Hult was ordered to serve the defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and cautioned that the failure to do so by October 7, 2024 would result in dismissal of this action. (Doc. 4.) To date, Hult has not provided proof of service or responded to that Order.

1

Accordingly, IT IS ORDERED that this matter is DIMISSED. *See* Fed. R. Civ. P. 41(b). The Clerk is directed to close the case file and enter a judgment of dismissal.

DATED this 17th day of October, 2024.

Donald W. Molloy, District Judge
United States District Court