IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VICTOR A. HULT, | CV 24-71-M-DWM |
| Plaintiff, | JUDGMENT |
| vs. | |
| BUREAU OF LAND MANAGEMENT, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✕ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Court's Order of October 17, 2024, (Doc. 5) that the above entitled matter is dismissed.

Dated this 17th day of October, 2024.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman